# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KARA SOMMERVILLE,

     Plaintiff,

    v.                        Case No.:  6:25-cv-00215-CEM-LHP

HIGHER TECH REALTY FL, LLC,

     Defendant,

_____

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to File Second Amended Complaint, or in the Alternative, for Temporary Stay, and Incorporated Requests for Appointment of Counsel and Referral to Mediation.  Doc. No. 30.  On review, the motion is **DENIED without prejudice**.

First, the motion fails to comply with the conferral requirements of Local Rule 3.01(g).  Second, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b).  Third, the motion improperly includes several different requests for affirmative relief in the same filing, to include an extension of time; a stay; appointment of counsel; referral to mediation; and access to CM/ECF.  *See Brown v. Comm'r of Soc. Sec.*, No. 6:17-cv-633-Orl-40KRS, 2018 WL 672276, at *1 (M.D. Fla. Feb. 2, 2018) (noting "the well-settled procedural rule that requests for affirmative relief shall be stated in a separate filing"); *L-3 Comm. Corp. v. Sparton*

*Corp.*, No. 6:13-cv-1481-Orl-TBS, 2014 WL 2003120, at \* 4 (M.D. Fla. May 15, 2014) ("All requests for affirmative relief shall be made by a separate motion." (citations omitted)).

That said, and given the deadline for Plaintiff to file a second amended complaint expired on April 1, 2026,[1] the Court *sua sponte* extends that deadline through **April 20, 2026**, and Plaintiff shall file a second amended complaint on or before that date in accordance with the Court's March 12, 2026 Order.  *See* Doc. No. 27.   In addition, the Court will *sua sponte* extend Defendant's deadline to answer Plaintiff's existing amended complaint, as modified (*see* Doc. No. 27) until **April 27, 2026**.  *See* Doc. No. 29.  Of course, if Plaintiff files a second amended complaint by April 20, 2026, Defendant's time to answer or otherwise respond to the amended pleading will be extended in accordance with Federal Rule of Civil Procedure 15(a)(3).  These extensions do not impact any other case management deadlines. *See* Doc. No. 23.

Plaintiff is cautioned that although she proceeds *pro se*, that does not relieve her of the obligation to comply in full with applicable Federal Rules of Civil Procedure, Local Rules, and Court Orders.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the

---

[1] Plaintiff filed the present motion with the Clerk of Court on March 31, 2026, but it was not filed on the docket until April 2, 2026.  Doc. No. 30.

relevant law and rules of court, including the Federal Rules of Civil Procedure").
Thus, any renewed requests for affirmative relief shall be set forth by separate
motion, and shall otherwise be filed in full compliance with the Federal Rules of
Civil Procedure and this Court's Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties