## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KARA SOMMERVILLE,

      Plaintiff,

    v.                              Case No.:  6:25-cv-215-CEM-LHP

HIGHER TECH REALTY FL, LLC,

      Defendant,

---

### ORDER

Before the Court is *pro se* Plaintiff's Motion for Leave to File Electronically. Doc. No. 15.  On review, the motion is **DENIED without prejudice** for failure to comply with Local Rules 3.01(b) and 3.01(g).  Any renewed motion must be filed in compliance with all applicable Local Rules and Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 836 (11th Cir. 1989) (A *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

In addition, the motion fails to provide any good cause or extenuating circumstances that would justify allowing Plaintiff access to the CM/ECF system. *See Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) ("While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such

authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." (citations omitted)).

   **DONE** and **ORDERED** in Orlando, Florida on April 16, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties