# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KARA SOMMERVILLE,

      Plaintiff,

    v.                               Case No.:  6:25-cv-215-CEM-LHP

HIGHER TECH REALTY FL, LLC,

      Defendant,

## ORDER

Before the Court is *pro se* Plaintiff's Amended Motion for Leave to File Electronically.  Doc. No. 35.  On review, and as previously explained to Plaintiff (*see* Doc. No. 34), the amended motion is **DENIED without prejudice** as it still fails to comply with the memorandum of law requirements of Local Rule 3.01(b) and the conferral requirements of Local Rule 3.01(g).  Any renewed motion must be filed in compliance with all applicable Local Rules and Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 836 (11th Cir. 1989) (A *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

In addition, the motion again fails to provide good cause or extenuating circumstances that would justify allowing Plaintiff access to the CM/ECF system. Simply relying on the burden of travel time, delays in delivery, and increased costs

is insufficient. *See Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) ("While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." (citations omitted)). *See also Clifft v. Sch. Dist. of Lee Cnty.*, No. 2:25-cv-345-JES-DNF, 2025 WL 3012038, at *2 (M.D. Fla. Oct. 28, 2025), *reconsideration denied*, 2025 WL 3080533 (M.D. Fla. Nov. 4, 2025) (affirming denial of CM/ECF access to *pro se* litigants, finding that unpredictable delays and mail delivery risks, complexity of the case, and inability to obtain legal counsel did not rise to the level necessary to justify CM/ECF access).

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2026.

Leslie Hoffman Price
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties