# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KARA SOMMERVILLE,

      Plaintiff,

     v.                              Case No.:  6:25-cv-215-CEM-LHP

HIGHER TECH REALTY FL, LLC,

      Defendant,

## ORDER

Before the Court is *pro se* Plaintiff's Motion for Permission to Use CM/ECF Electronic Filing System.  Doc. No. 40.  Defendant does not oppose the motion.  *Id.*, at 3.  *See also* Doc. No. 40-1.

Upon consideration, this motion (Doc. No. 40) is **GRANTED**. The Court will permit Plaintiff to file electronically via CM/ECF, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1]  Failure to comply will result in the removal of electronic filing privileges.  Plaintiff is further advised that the privilege granted herein will be revoked if she misuses or abuses CM/ECF. Plaintiff is directed to the Court's website, https://www.flmd.uscourts.gov/cmecf, for the requirements of Non-Attorney E-File Registration.

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov, by selecting "Filing a Case," and "Administrative Procedures for Electronic Filing (PDF)."

**DONE** and **ORDERED** in Orlando, Florida on April 29, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties